**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-1399**

───────────

RICHARD TAYLOR,

          Plaintiff - Appellant,

     v.

SOCIAL SECURITY,

          Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Mark S. Davis, District Judge.  (4:12-cv-00039-MSD-LRL)

───────────

Submitted:  June 13, 2013           Decided:  June 17, 2013

───────────

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Richard Taylor, Appellant Pro Se.   Craig Wittman, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Taylor appeals the district court's order adopting the recommendation of the magistrate judge and granting Defendant's motion to dismiss or for summary judgment. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Taylor's informal brief does not challenge the basis for the district court's disposition, Taylor has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED